# UNITED STATES DISTRICT COURT

Middle District of Georgia

UNITED STATES OF AMERICA
v.

CARR GLOVER DODSON

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 5:23-CR-00063-MTT-CHW(5)

USM No. 96196-510

LAUDA D. HOGUE
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 1 & 2 of the term of supervision.

☐ was found in violation of condition(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Substance Abuse Treatment | 10/1/2025 |
| 2 | Failure to Refrain from use of Controlled Substance | 02/02/2026 |

The defendant is sentenced as provided in pages 2 through 2 . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 7623

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:
Macon, GA

October 14, 2026
Date of Imposition of Judgment

s/ Marc T. Treadwell
Signature of Judge

MARC T. TREADWELL
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

October 20, 2026
Date

DEFENDANT: CARR GLOVER DODSON
CASE NUMBER: 5:23-CR-00063-MTT-CHW(5)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Three hundred-seventeen (317) days to be served consecutively to the term of imprisonment (15 days) imposed this same date in 5:26-CR-28-MTT (time served).*

*It is the Court's intention for the combined sentence of imprisonment imposed in Case Nos. 5:26-CR-28-001 (MTT) and 5:23-CR-63-005 (MTT) to satisfy the Bureau of Prisons Overservice Report of 332 Days (CM/ECF Doc #11-2 in 5:26-CR-28-MTT). The Court intends this, in effect, to be a time-served sentence.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ________ ☐ a.m. ☐ p.m. on ________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

________________________

________________________

________________________

Defendant delivered on ________ to ________

at ________ with a certified copy of this judgment.

________________
UNITED STATES MARSHAL

By ________________
DEPUTY UNITED STATES MARSHAL